JACOBS, as Commissioner of Hospitals of the City of New York and as Chairman of the Board of Hospitals of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente and Stevens, JJ.

■ JEROME D. OLTARSH v. TURF BROADWAY, INC., et al.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated November 25, 1958, vacated. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. IRVING BARR.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. IRVING BARR.— Motion to reinstate appeal from judgment denied in all respects. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ COLIN C. IVES v. MARS METAL CORPORATION.—Motion for stay granted upon condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 26, 1958, with notice of argument for January 6, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ In the Matter of the Accountings of the BANK OF NEW YORK, as Trustee of the Trusts Established by LOUISE P. COWLES and Others, Appellant. ERNEST F. COWLES, Appellant; ELIZABETH R. VAN NORDEN et al., Respondents. — Motion for stay granted on condition that respondent-appellant, Ernest F. Cowles duly brings on his motion for leave to appeal to the Court of Appeals in accordance with the provisions of subdivision 2 of section 592 of the Civil Practice Act. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ IDA STAM v. AL SCHLOSSMAN.— Motion for stay granted to the extent of continuing the temporary stay contained in the order to show cause, dated November 13, 1958, pending the hearing and determination of the appeal, on condition that appellant procures the record on appeal and appellant's points to be served and filed on or before December 26, 1958, with notice of argument for January 6, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

## (December 12, 1958)

■ In the Matter of the COMMISSION OF INVESTIGATION OF THE STATE OF NEW YORK, Respondent, against CARMINE LOMBARDOZZI, COSTENZE PETER VALENTI, FRANK JOSEPH VALENTI, ROSARIO MANCUSO, JOSEPH RICCOBONO, PAUL CASTELLANO and MICHELE MIRANDA, Appellants.— Motion for leave to appeal to the Court of Appeals granted. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

## (December 16, 1958)

■ HILDA M. CARDY, Respondent, v. VERNON G. CARDY, Appellant.